**93-327.** State ex rel. Sampson v. Court of Appeals, First App. Dist. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.

**93-332.** Morgan v. Mattes. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.

**93-337.** State ex rel. Hall v. Brooks Wells. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.

**93-548.** State ex rel. Downs v. Howard. In Mandamus. *Sua sponte,* cause dismissed.

Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.

**93-587.** State ex rel. The Limited, Inc. v. Franklin Cty. Bd. of Elections. In Mandamus and/or Prohibition. Writs denied and cause dismissed.

A.W. Sweeney, Acting C.J., Shannon, Douglas, O'Neill, Resnick and F.E. Sweeney, JJ., concur. Pfeifer, J., vote to follow.

Raymond E. Shannon, J., of the First Appellate District, sitting for Moyer, C.J.

Joseph E. O'Neill, J., of the Seventh Appellate District, sitting for Wright, J.

**93-645.** State ex rel. Gawloski v. Lorain Cty. Court of Common Pleas. In Prohibition. On motion for peremptory writ. *Sua sponte,* cause dismissed.

Moyer, C.J., A.W. Sweeney, Wright and Pfeifer, JJ., concur.

Resnick and F.E. Sweeney, JJ., would deny the peremptory writ.

Douglas, J., dissents and would issue an alternative writ.